IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD D. DAY, JR.**                                                                                          **PETITIONER**

v.                         **Case No. 5:15-cv-00273 KGB/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                        **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Richard D. Day Jr.'s 28 U.S.C. § 2254 petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 2).

So adjudged this the 28th day of April, 2016.

_____
Kristine G. Baker
United States District Judge